IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John David Roettgen,           ) | No. CV-06-1452-PHX-DGC (ECV) |
| Petitioner,      ) | **ORDER** |
| v.                              ) | |
| Derral Adams, et al.,        ) | |
| Respondents.   ) | |

Pending before the Court are Petitioner John David Roettgen's petition for writ of habeas corpus and United States Magistrate Judge Edward C. Voss's Report and Recommendation ("R&R"). Dkt. ##1, 21. The R&R recommends that the Court dismiss the petition with prejudice because this court is without jurisdiction to hear the petition. Dkt. #21 at 3-4. The Magistrate Judge advised the parties that they had ten days to file objections to the R&R and that failure to file timely objections could be considered a waiver of the right to obtain review of the R&R. *Id.* at 4 (citing 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6(a), 6(b), and 72; *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)).

The parties did not file objections, which relieves the Court of its obligation to review the R&R. *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection."); Fed. R. Civ. P. 72(b) ("The district judge . . . shall make a de novo determination . . . of any portion of the magistrate judge's disposition to which specific written objection has been made[.]"). The Court will accept the R&R and dismiss the Petition

1  with prejudice. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject,
2  or modify, in whole or in part, the findings or recommendations made by the magistrate");
3  Fed. R. Civ. P. 72(b) (same).

**IT IS ORDERED:**

1. Magistrate Judge Edward C. Voss's R&R (Dkt. #21) is **accepted**.
2. Petitioner John David Roettgen's petition for writ of habeas corpus (Dkt. #1) is **denied with prejudice**.
3. The Clerk of Court shall **terminate** this action.

DATED this 23rd day of July, 2008.

David G. Campbell
United States District Judge