**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John David Roettgen, ) | No. CV-06-1452-PHX-DGC (ECV) |
| Petitioner, ) | **ORDER** |
| vs. ) | |
| Derral Adams, Warden; and Attorney General of the State of Arizona, ) | |
| Respondents. ) | |

Petitioner is a prisoner currently confined at Corcoran State Prison in California. United States Magistrate Judge Edward Voss issued a report and recommendation ("R&R") recommending that the Court deny Petitioner's petition for writ of habeas corpus. Dkt. #21. The parties did not filed objections to the R&R. The Court accepted the R&R and judgement was entered accordingly. Dkt. ##22-23.

Petitioner has filed a motion to vacate judgment on the ground that he never received a copy of the R&R. He requests a copy of the R&R and an opportunity to file objections. Dkt. #24. The Court will grant the motion.

**IT IS ORDERED:**

1. Petitioner's motion to vacate judgment (Dkt. #24) is **granted**.
2. The judgment entered July 23, 2008 (Dkt. #23) is **vacated**.
3. The Clerk is directed to provide a copy of the R&R (Dkt. #21) to Petitioner.

4. Petitioner shall have until **October 24, 2008** to file objections to the R&R. Petitioner is advised that the Court is not inclined to grant further extensions absent truly extraordinary circumstances.

5. Respondents shall have until **November 7, 2008** to file a response to the objections.

DATED this 6th day of October, 2008.

_____
David G. Campbell
United States District Judge